_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 0 8 2017

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Kenneth Faison #3180142
Chesapeake Detention Facility
401 East Madison Street.
Baltimore Maryland, 21202

I am writing in reference to: United States of America vs. Mr. Gerald Johnson, Case No. 16-0363. This matter is in relation to my co-defendant's, which pertains to the case at hand. Prior to this trail date, and during trail, the local news has inflicted heavy damage about innocent individuals that never committed any of these alleged crimes, which has been formulated into gang affiliation. During my incarceration I, and several others have been trying to inform our Attorney's how we intended on pleading guilty with information concerning "three" particular individuals, Mr. Gerald Johnson, Mr. Kenneth Jones, and Mr. Marquise McCants. The Attorney's are unaware of the harmless acts and blameless behavior of these men because the lack of knowledge about the entire truth. We pled guilty

Agreeing to testify on behalf of these individuals to prove how we violated these laws. Also to mention that our other co-defendants' didn't have anything to do with what the local news is indicating or why the government indicated us. These guy's are in trail for reason to prove beyond reasonable doubt the truth against the United States' court system that doesn't know the true facts. We will testify on their behalf true facts because they shouldn't be held accountable for things they didn't do. At any time they did not attempt to or knowingly, intentionally and unlawfully combine, conspire or conduct and participate directly and indirectly in the alleged criminal enterprise.

Thank you!

Montel Harvey #2579194

Very truly yours,

Kenneth Faison #3180142
Chesapeake Detention Facility
401 East Madison Street
Baltimore, Maryland, 21202

Montel Horley 2579194
Chesapeake Detention center
401 E Madison St
Baltimore, MD. 21202

BALTIMORE MD 212
06 DEC 2017 PM 3 L

Clerk of court
united states District court
101 W Lombard st
Baltimore, MD. 21201

FILED ___ ENTERED
LODGED ___ RECEIVED
DEC 08 2017
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

CDF
OUTGOING MAIL

DEC 0 8 2017

MAIL ROOM
"This is an Institution"